IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE BOARD OF TRUSTEES OF THE CITY
OF PONTIAC POLICE & FIRE
RETIREMENT SYSTEM, on Behalf of Itself
And All Others Similarly Situated,

    Plaintiff,                               Civil Action No. 2:10-cv-11083-GCS-RSW
                                            Hon. George Caram Steeh

v.

NORTHERN TRUST INVESTMENTS, N.A.
and THE NORTHERN TRUST COMPANY,

    Defendants.

**STIPULATED ORDER EXTENDING THE TIME
IN WHICH DEFENDANTS MUST ANSWER OR OTHERWISE PLEAD**

The parties having stipulated to the entry of an Order to Extend the Time by which Defendants Northern Trust Investments, N.A. and The Northern Trust Company have to answer, plead, or otherwise respond to Plaintiff's Amended Complaint by sixty (60) days, due to the complexity of the matter, the schedules of counsel, and to promote judicial economy,

IT IS HEREBY ORDERED that Defendants Northern Trust Investments, N.A. and The Northern Trust Company have an additional sixty (60) days, i.e. until December 13, 2010, to answer, plead or otherwise respond to Plaintiff's Amended Complaint.

                                                            s/George Caram Steeh
                                                            U. S. DISTRICT JUDGE

Dated: October 12, 2010

Stipulated as to Form and Substance:

| | |
|---|---|
| Sullivan, Ward, Asher & Patton, PV | Dickinson Wright, PLLC |
| By: /s/ Sharon S. Almonrode (P33938) | By: /s/ Thomas G. McNeill (P36895) |
| Counsel for Plaintiff<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>Southfield, MI 48075<br>248-746-0700<br>salmonrode@swappc.com | Co-Counsel for Defendants<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226<br>313-223-3632<br>tmcneill@dickinsonwright.com<br><br>AND<br><br>Winston & Strawn, LLP<br>Caryn L. Jacobs<br>Co-Counsel for Defendants<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312-558-5600<br>cjacobs@winston.com |

Dated:  October 8, 2010

DETROIT 38335-2 1178498