IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE BOARD OF TRUSTEES OF THE CITY
OF PONTIAC POLICE & FIRE
RETIREMENT SYSTEM, on Behalf of Itself
And All Others Similarly Situated,

    Plaintiff,                          Civil Action No. 2:10-cv-11083-GCS-RSW
                                          Hon. George Caram Steeh

v.

NORTHERN TRUST INVESTMENTS, N.A.
and THE NORTHERN TRUST COMPANY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff The Board of Trustees of the City of Pontiac Police & Fire Retirement System ("Pontiac") and Defendants Northern Trust Investments, N.A. and The Northern Trust Company (collectively, "Northern Trust"), by and through their respective counsel, hereby stipulate and agree that all claims asserted by Pontiac against Northern Trust in Civil Action No. 2:10-cv-11083-GCS-RSW shall be dismissed, without prejudice.

Now, therefore, IT IS HEREBY ORDERED that Civil Action No. 2:10-cv-11093-GCS-RSW is DISMISSED, without prejudice.

                                                      s/George Caram Steeh
                                                      UNITED STATES DISTRICT JUDGE

Dated:  December 9, 2010

**Stipulated and agreed to:**

| | |
|---|---|
| Sullivan, Ward, Asher & Patton, PC | Dickinson Wright, PLLC |
| By: /s/ Sharon S. Almonrode (P33938) | By: /s/ Thomas G. McNeill (P36895) |
| Counsel for Plaintiff<br>1000 Maccabees Center<br>25800 Northwestern Highway<br>Southfield, MI  48075<br>248-746-0700<br>salmonrode@swappc.com | Co-Counsel for Defendants<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226<br>313-223-3632<br>tmcneill@dickinsonwright.com |

AND

Winston & Strawn, LLP
Caryn L. Jacobs
Co-Counsel for Defendants
35 West Wacker Drive
Chicago, IL  60601
312-558-5600
cjacobs@winston.com

DETROIT 38335-2 1185653